REC'D IN PRO SE OFFICE
MAR 18 '24 PM5:01

UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF NEW YORK

———————————————————————X

ANTHONY PAPAPIETRO, as Owner of                   Index No.:
ROCCO'S LANDSCAPING AND CONCRETE
SERVICE, LLC .,

                                    Plaintiff,        **COMPLAINT**

        -against-

JOSH G., BEING A FICTITIOUS NAME, AS
THE TRUE NAME OF SAID INDIVIDUAL          Trial by Jury Demanded
IS PRESENTLY UNKNOWN,
GREEN NOTE CAPITAL PARTNERS, INC.,
and CHRIS TEMPLE of TITAN RECOVERY
GROUP,

                                    Defendants.

———————————————————————X

     **PLEASE TAKE NOTICE,** that upon the annexed Affirmation of ANTHONY

PAPAPIETRO, as and for his Complaint against JOSH G., BEING A FICTITIOUS NAME, AS

THE TRUE NAME OF SAID INDIVIDUAL IS PRESENTLY UNKNOWN, and GREEN

NOTE CAPITAL PARTNERS, INC., pleads as follows:

### *PARTIES*

1.      ANTHONY PAPAPIETRO, the Plaintiff herein, resides in the State of New York, County

of Richmond, address being 48 Orange Avenue, Staten Island, New York 10302.

2.      JOSH G., BEING A FICTITIOUS NAME, AS THE TRUE NAME OF SAID

INDIVIDUAL IS PRESENTLY UNKNOWN, Officer or Manager of GREEN NOTE CAPITAL

PARTNERS, INC., with offices located at 1019 Avenue P,  Suite 401, Brooklyn, New York

11223, at all times material to this Complaint, acting alone or in concert with others, has

formulated, directed, controlled, had the authority to control, or participated in the acts and practices set forth in this Complaint.

3.     GREEN NOTE CAPITAL PARTNERS, INC., was and is an investment service and merchant cash advance provider, located 1019 Avenue P, Suite 401, Brooklyn, New York 11223.

4.     TRITON RECOVERY GROUP, % CHRIS TEMPLE, was and is a collection agency licensed in Florida, address being 19790 W. Dixie Highway, Suite 301, Aventura Fl 33180-2293.

## *JURISDICTION AND VENUE*

5.     This Honorable Court has subject matter jurisdiction over this matter, pursuant to 28 U.S.C. § 1331, being that some of the parties reside in different states, and there is a question of over $75,000 involved in this matter.

## *PRELIMINARY STATEMENT*

6.     In or around November of 2023, an individual representing himself as JOSH G., a broker of GREEN NOTE CAPITAL PARTNERS. INC., (hereinafter "GREEN NOTE"), contacted Plaintiff, ANTHONY PAPAPIETRO, several times in an effort to lend him "working capital" from Defendant, JOSH G from GREEN NOTE's merchant cash advance company.

7.     Plaintiff, ANTHONY PAPAPIETRO, in approximately November of 2023, obtained a merchant cash advance for his business, ROCCO'S LANDSCAPING AND CONCRETE SERVICE, LLC., from JOSH G. of GREEN NOTE and was making daily payments from Plaintiff's receivables.

8.     It should be noted that Plaintiff, ANTHONY PAPAPIETRO's receivables from his business became significantly lower during the winter months.  Plaintiff requested, as per his contract with JOSH G. of GREEN NOTE, that his payments be lowered to be consistent with his receivables. Defendant, JOSH G. of GREEN NOTE ignored same and talked Plaintiff is circles.

2

9.      Defendant, JOSH G. of GREEN NOTE grossly misrepresented the terms of the financing of the merchant cash advance to Plaintiff, ANTHONY PAPAPIETRO.

10.      On or about December of 2023, Defendant, JOSH G. of GREEN NOTE, took several unauthorized payments from Plaintiff's bank accounts. It should be noted that JOSH G. from GREEN NOTE withdrew unauthorized funds from Plaintiff's bank accounts under several different aliases and different company names.

11.      Plaintiff, ANTHONY PAPAPIETRO, became aware of these unauthorized withdrawals and contacted Defendant, JOSH G. from GREEN NOTE. JOSH G., instead of working with Plaintiff, then pressured Mr. Papapietro to refinance, incurring more fees, by coercing Plaintiff into taking a merchant cash advance in the amount of $115,000, after Plaintiff sent JOSH G. 30,000, assuring Plaintiff that this would be to his benefit.

12.      Plaintiff, ANTHONY PAPAPIETRO, after sending JOSH G. of GREEN NOTE $30,000, never received the funds of $115,000 and contacted JOSH G. from GREEN NOTE, requesting his payment of $30,000 be returned, wherein JOSH G., refused to return same.

13.      Plaintiff, ANTHONY PAPAPIETRO, made several payments to Defendant, JOSH G. of GREEN NOTE. These payments were never deducted from the bottom line of Plaintiff's loan.

14.      Defendant, JOSH G. of GREEN NOTE, targeted Plaintiff, ANTHONY PAPAPIETRO, knowing that he was a small business owner in the Staten Island, New York area for over thirty (30) years, and that Mr. Papapietro was desperate to gain funds to finance his business. Knowing that Mr. Papapietro does not know how to use a computer and does not own a smartphone, JOSH G. from GREEN NOTE intentionally used extremely small print-type on the paperwork and

contracts that Plaintiff was to fill out and sign in order to further obscure the conditions of the financing.

### *CONFESSION OF JUDGMENT*

15.     Defendant, JOSH G. from GREEN NOTE, required Plaintiff to sign a Confession of Judgment in order to complete the application for the cash advance process. Plaintiff, ANTHONY PAPAPIETRO, did not fully understand the power he was giving to Defendant, JOSH from GREEN NOTE, by signing said document. It is submitted that JOSH G. from GREEN NOTE took advantage of Plaintiff, ANTHONY PAPAPIETRO, knowing that he does not know how to use a computer or a smart phone and relies on a "flip phone" to make and receive calls for his business.

16.     Additionally, Mr. Papapietro has poor eyesight and recently had surgery on both eyes, which can all be documented.   This made the extremely small print on the Confession of Judgment even more difficult for Plaintiff to read and understand.

17.     It should be noted that Plaintiff, ANTHONY PAPAPIETRO, was not advised to consult with an attorney regarding signing the Confession of Judgment, with respect to the waiver of Plaintiff's rights and defenses under the Confession of Judgment procedure. It is required that a Confession of Judgment be accompanied by an independent Attorney Verification.

18.     It is respectfully submitted that this Confession of Judgment eluded to facilitating predatory lending practices in this matter, and violates Plaintiff, ANTHONY PAPAPIETRO's right of due process.

19.     Additionally, the Confession of Judgment should be vacated, due to the fact that Defendant, JOSH G. of GREEN NOTE, used fraud and deceit by taking unauthorized

4

withdrawals from Plaintiff's bank accounts, unauthorized amounts from Plaintiff's bank accounts, not returning Plaintiff's $30,000 payment or using it towards the payment of the MCA.

20.    Plaintiff respectfully requests that this Confession of Judgment, attached hereto as Exhibit "A", be vacated on the above-mentioned grounds.

## ***TRITON RECOVERY GROUP, LLC.***

21.    Pursuant to the Fair Debt Collection Practice Act, CHRIS TEMPLE of TRITON RECOVERY GROUP, LLC., used unfair and deceptive practices, violating this Act in the following ways:

22.    On or about January of 2024, Plaintiff began to be harassed by a collection agency, TRITON RECOVERY GROUP, LLC, (hereinafter "TRITON").

23.    TITAN used obscene and abusive language when speaking to Plaintiff, ANTHONY PAPAPIETRO.

24.    Additionally, TITAN called and harassed Plaintiff, ANTHONY PAPAPIETRO, several times a day.  It should be noted that TITAN continues to call very early and late hours during the day.

25.    Plaintiff, ANTHONY PAPAPIETRO, requested a validation of debt from TITAN several times, to include the amount of the debt they are attempting to collect, the name of the creditor, and notice of Plaintiff's right to dispute the debt within thirty (30) days.

26.    TITAN continued to call and harass Plaintiff, ANTHONY PAPAPIETRO without validating the alleged debt.

## *LEGAL ARGUMENT*

26.    Pursuant to the Federal Trade Commission Act, JOSH G. of GREEN NOTE used unfair and deceptive practices by repeatedly calling Plaintiff, ANTHONY PAPAPIETRO. In addition, Defendant used obscene, profane and abusive language when speaking to Plaintiff. JOSH G. of GREEN NOTE also threatened to come to Plaintiff, ANTHONY PAPAPIETRO's residence to collect.

27.    Once Plaintiff, ANTHONY PAPAPIETRO, realized that Defendant, JOSH G. of GREEN NOTE was making unauthorized withdrawals for improper amounts from Plaintiff's bank accounts, using several aliases and different company names, Defendant began using unfair collection practices. This included using obscene, profane and abusive language, and threatening to show up at Plaintiff, ANTHONY PAPAPIETRO's, home.

28.    Plaintiff, ANTHONY PAPAPIETRO, has been in contact with JOSH G. of GREEN NOTE many times, requested a substantiation of account, requesting documentation of payments that were taken out of Plaintiff's account, when the payments were taken and for how much and each date payments were taken, and when the payments were to begin and end, from Plaintiff, ANTHONY PAPAPIETRO's accounts. Defendant, JOSH G. of GREEN NOTE refuses to provide same.

## *DAMAGES*

29.    Plaintiff, ANTHONY PAPAPIETRO, respectfully requests damages in the amount of $195,000, costs and fees relating to Plaintiff's Contract with GREEN NOTE, and costs and disbursements relating to this action.

30.     Plaintiff respectfully requests that the Confession of Judgment be vacated, as it violates Plaintiff's right of due process, and Defendant engaged in fraud and misconduct regarding the merchant cash advance.

WHEREFORE, Plaintiff respectfully requests that this Complaint be granted in its entirety, that Plaintiff be refunded $195,000, that the Confession of Judgment be vacated, and for such other and further relief as this Court deems just and proper.


Dated:  Staten Island, New York
        March 15, 2024

Yours, etc.,

*ANTHONY PAPAPIETRO*
*OWNER OF ROCCO'S*
*LANDSCAPING AND CONCRETE*
*SERVICES, LLC.*
Plaintiff Pro Se
48 Orange Avenue
Staten Island, New York 10302
(718) 448-3971


TO:

**JOSH G.**
**GREEN NOTE CAPITAL**
**PARTNERS, INC.**
Defendants
1019 Avenue P, Suite 401
Brooklyn, New York 11223

**CHRIS TEMPLE**
**TRITON RECOVERY GROUP, LLC.**
Defendants
19790 W. Dixie Highway, Suite 301
Aventura, Florida 33180-2293

7

# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

GREEN NOTE CAPITAL PARTNERS, INC.

Index No.:

Plaintiff,

VS.

ROCCO'S LANDSCAPING AND CONCRETE SERVICE, LLC
DBA ROCCO'S LANDSCAPING AND CONCRETE SERVICE
ANTHONY PAPAPIETRO

**AFFIDAVIT OF CONFESSION OF JUDGMENT**

and

Defendants.

STATE OF NY
COUNTY OF RICHMOND

__ANTHONY PAPAPIETRO__, being duly sworn, hereby deposes and says that Deponent is the Owner or an Authorized Officer of Defendant ROCCO'S LANDSCAPING AND CONCRETE SERVICE LLC DBA ROCCO'S LANDSCAPING AND CONCRETE SERVICE and that he or she is duly authorized to make this affidavit (the "Affidavit") on behalf of himself or herself and on behalf of all of the Defendants herein.

The Defendants (referred to hereinafter jointly and severally as the "Judgment Debtors/Defendants") all jointly and severally hereby Confess Judgment herein, and authorize entry of judgment against them as the Judgment Debtors/Defendants in the sum of (a) $ 202,325.00, less any payments made, plus (b) interest thereon at 16% per annum from the date of default to the date of the entry of the Judgment, and (c) all of the costs and disbursements, and an additional sum for (d) legal fees to Plaintiff calculated at 33% of the total of all of the aforesaid sums. Such amount shall be set-forth in an affidavit under oath by an authorized representative of Plaintiff, which shall be attached hereto and filed contemporaneously with this Confession of Judgment. __ANTHONY PAPAPIETRO__ resides at __48 ORANGE AVENUE STATEN ISLAND, NY 10302__ and __ROCCO'S LANDSCAPING AND CONCRETE SERVICE, LLC DBA ROCCO'S LANDSCAPING AND CONCRETE SERVICE__ is located at __48 ORANGE AVENUE STATEN ISLAND, NY 10302__ Judgment Debtors/Defendants authorize entry of Judgment and confess Judgment against each and every one of them in the Supreme Court of the State of New York, County of Kings.

This confession of judgment arises from a debt due to Plaintiff arising from ROCCO'S LANDSCAPING AND CONCRETE SERVICE, LLC DBA ROCCO'S LANDSCAPING AND CONCRETE SERVICE

failure to pay to Plaintiff its accounts-receivable, which were purchased by Plaintiff pursuant to the Merchant Agreement executed by the parties on __DECEMBER 12__, 2023 (hereinafter, the "Merchant Agreement") and Debtors/Defendants' breach thereof. This Affidavit is made in connection with the Merchant Agreement and is solely for the purchase of commercial or business assets. This Affidavit may be filed ex parte by Plaintiff, without further notice.

Printed Name- By:
Signature- By: _____

Individually and on behalf of

ROCCO'S LANDSCAPING AND CONCRETE SERVICE, LLC
DBA ROCCO'S LANDSCAPING AND CONCRETE SERVICE
ANTHONY PAPAPIETRO

Sworn to before me this
__December 12__, 2023
_____ Notary

Michele Murphy
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01MU6436595
Qualified in Richmond County
-Commission Expires 7/18/2026

13

JS 44 (Rev. 4/29/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anthony Papapietro,

## DEFENDANTS
Josh G. being a fictitous name as true name of said individual is presently Unknown, Greennote Capital Partners

**(b)** County of Residence of First Listed Plaintiff  Richmond
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Kings Count
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
☆ MAR 18 2024 ☆
BROOKLYN OFFICE

Attorneys *(If Known)*
Chris Temple Titon Recovery Group

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

*Does this action include a motion for temporary restraining order or order to show cause? Yes [ ] No [ ]*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [X] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [X] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 105,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

**Local Arbitration Rule 83.7** provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

**Case is Eligible for Arbitration** ☐

I, _____, counsel for_____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☒   monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐   the complaint seeks injunctive relief,

☐   the matter is otherwise ineligible for the following reason

## DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

## RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

# NY-E DIVISION OF BUSINESS RULE 1(c)

1.)   Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?   ☐ Yes   ☒ No

2.)   If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?   ☐ Yes   ☒ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?   ☒ Yes   ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received: *Richmond County.*

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?_____ ☐ Yes ☐ No _____
*(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).*

## BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.

☐        Yes                    ☐        No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?

☐        Yes    (If yes, please explain    ☐    No

I certify the accuracy of all information provided above.

**Signature:** _____

PRESS FIRMLY TO SEAL   PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**UNITED STATES POSTAL SERVICE** ® | **PRIORITY**® **M A I L**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 18 2024 ★

BROOKLYN OFFICE

# TRACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



PS00001000014

EP14F July 2022
OD: 12 1/2 x 9 1/2



USPS.COM/PICKUP



UNITED STATES POSTAL SERVICE ® **Click-N-Ship**®

P

*usps.com*
$9.85
US POSTAGE
Flat Rate Env

9405 5036 9930 0670 3077 50 0098 5000 0011 1201

**U.S. POSTAGE PAID**

03/15/2024    Mailed from 10302    986738530499617

## PRIORITY MAIL®

AMANDA PELLECCHIA
62 TABB PL
STATEN ISLAND NY 10302-2053

Expected Delivery Date: 03/18/24

**0003**

C030

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLZ E
BROOKLYN NY 11201-1832

### USPS TRACKING #

9405 5036 9930 0670 3077 50

Electronic Rate Approved #038555749

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; July 2022; All rights reserved.